```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION


IOU CENTRAL, INC.              §
                               §
VS.                            §    ACTION NO. 4:20-CV-1181-Y
                               §
VOLTATA TP ACQUISITION, LLC,   §
ET AL.                         §
```

                ORDER DENYING MOTION TO DISMISS AS MOOT

Pending before the Court is the Motion to Dismiss (doc. 4) filed by defendants Julie Johncox Siglinger and JPFI, LLC ("Defendants"). Subsequent to the filing of the motion, Plaintiff filed an amended complaint (doc. 6). In light of the fact that the motion to dismiss challenges a complaint that has now been amended, the Court concludes that it should be and hereby is DENIED as moot. Defendants' answer or other response to Plaintiff's amended complaint shall be filed no later than **January 15, 2021.**

SIGNED December 21, 2020.

                                    _____
                                    TERRY R. MEANS
                                    UNITED STATES DISTRICT JUDGE