IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IOU CENTRAL, INC. <br> d/b/a IOU FINANCIAL, INC., <br><br> Plaintiff, <br> vs. <br><br> VOLTATA TP ACQUISITION, LLC, et al <br><br> Defendants, | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CASE NO: 4:20-cv-1181-Y |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE ITS RESPONSE [DOC 10] TO THE MOTION TO DISMISS [DOC 9]

Per L.R. 7.1, IOU moves for leave to file and have its Response [Doc 10] accepted as timely in opposition to the Motion to Dismiss [Doc 9] the Amended Complaint [Doc 6].

1. On 10/26/20, Plaintiff IOU filed suit [Doc 1], naming Defendants JJS and JPFI [Movants] who filed a Motion to Dismiss [Doc 9] the Amended Complaint [Doc 6].

2. IOU prepared a Response to the Motion, but had to reconstruct the Response due due to its formatting issues, to ensure it complied with the Local Rules, reducing its size to 10-pages as the Response lacked an appendix, which could not be completed by 2/5/21.

3. IOU filed the Response today, well before the start of the next business day, which did not delay this case or prejudice any party [Doc 10].

4. The Response should be accepted and considered, per the Court's authority to regulate its docket. **_Landis v. N. Am_**. 299 U.S. 248, 254 (1936) [it is "incidental to the power inherent in every court to control disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants"] The Court may grant the relief for good case as shown here which will not prejudice any party. **_Pioneer v. Brunswick_**, 507 U.S. 395 (1993) [accepted late proof of claim which did not delay the case or prejudice a party].

5.  IOU submits its proposed order attached as **Exhibit 1.**

## CONCLUSION

IOU respectfully requests leave to file and have its Response [Doc 10] accepted as timely in opposition to the Motion to Dismiss [Doc 9].

## CERTIFICATE OF CONFERENCE

Per L.R. 7.1, Plaintiff's counsel certifies he conferred with counsel for Movants today who does not oppose the relief sought this Motion.

## CERTIFICATE OF SERVICE

I certify a precise copy of this document was filed ECF on the below date, sending ECF notice to defense counsel of record for Defendants JPFI and JJS and/or was mailed by U.S. First Class Mail to Defendants Voltata TP and Current on their returns of service [Doc 7-8] which will be served on Defendant Voltata LLC.

Respectfully submitted this 8th day of February 2021.

By: */s/Paul G. Wersant*
Paul G. Wersant
Florida Bar No. 48815
3245 Peachtree Parkway, Suite D-245
Suwanee, Georgia 30024
Telephone: (678) 894-5876
Email: pwersant@gmail.com
Attorney for Plaintiff
File No. 104230