```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION


IOU CENTRAL, INC.                §
                                 §
VS.                              §   ACTION NO. 4:20-CV-1181-Y
                                 §
VOLTATA TP ACQUISITION, LLC,     §
ET AL.                           §
```

ORDER GRANTING MOTION FOR LEAVE

Pending before the Court is Plaintiff's Unopposed Motion for Leave to File its Response to the Motion to Dismiss (doc. 11). After review of the motion, the Court concludes that it should be and hereby is GRANTED. Plaintiff's response, which was filed on February 8, 2011 (doc. 10), is DEEMED timely filed.

SIGNED February 11, 2021.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE